[No. 28932-6-II.   Division Two.   May 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM LEE
PILTZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 00-1-03903-6, Frederick W. Fleming, J., en-
tered June 7, 2002. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Morgan and Houghton, JJ.

[Nos. 29135-5-II; 29891-1-II.   Division Two.   May 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS CULLER,
*Appellant*.

*In the Matter of the Personal Restraint of* DOUGLAS CULLER,
*Petitioner*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 02-1-01647-4, Vicki L. Hogan and Brian M.
Tollefson, JJ., and Grant Anderson, J. Pro Tem., entered
July 1, 2002, together with a petition for relief from
personal restraint. Judgment *affirmed* and petition *denied*
by unpublished opinion per Morgan, J., concurred in by
Houghton and Bridgewater, JJ.

[No. 20920-2-III.   Division Three.   May 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE THOMAS
ANSTROM, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 01-1-00725-7, Evan E. Sperline, J., entered
February 20, 2002. *Affirmed* by unpublished opinion per
Brown, C.J., concurred in by Schultheis and Kurtz, JJ.